707 A.2d 150

NEW BRUNSWICK CELLULAR TELEPHONE COMPANY,
ETC. v. ZONING BOARD OF ADJUSTMENT OF THE
BOROUGH OF METUCHEN.

February 25, 1998.

Petition for certification is granted and summarily remanded to the Appellate Division to reconsider in light of *Smart SMR v. Fair Lawn,* 152 *N.J.* 309, 704 *A.*2d 1271 (1998).